## STIPULATION OF DISMSSSAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GARY WARE,

                Plaintiff,

  vs.

EASTERN WHOLESALE FENCE LLC a/k/a EASTERN WHOLESALE FENCE NY LLC,

                Defendant.

-----------------------------------------------------------------X

Case No.: 2:21-CV-03759-GRB-ARL

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee,

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff GARY WARE, and Defendant EASTERN WHOLESALE FENCE LLC a/k/a EASTERN WHOLESALE FENCE NY LLC, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.  For purposes of this Stipulation, a facsimile or scanned copy of signatures shall be effective as the original.

| | |
|---|---|
| LAW OFFICES OF SCOTT A. LUCAS<br>*ATTORNEYS FOR PLAINTIFF*<br>600 Mamaroneck Avenue, Suite 400<br>Harrison, New York 10528<br>(646) 342-1139 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404 |

By: _____
Scott A. Lucas, Esq.

Dated: 2/03/23

By: *Adam Guttell*
Adam Guttell, Esq.

Dated: 3/8/2023

4863-4940-2953, v. 1